# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of January, two thousand and fifteen.

Before:  Ralph K. Winter,
        *Circuit Judge*.

_____

American Psychiatric Association, on behalf of its members and their patients, *et al.*,
   Plaintiffs-Appellants,

v.

Anthem Health Plans, Incorporated, DBA Anthem Blue Cross & Blue Shield, of CT, *et al.*,
   Defendants-Appellees.

_____

**ORDER**
Docket No. 14-3993

Appellants move to hold this appeal in abeyance pending a decision by the Court in New York Psychiatric Ass'n v. UnitedHealth Group, Docket No. 14-20.

IT IS HEREBY ORDERED that the motion is DENIED. The appeal will be dismissed effective February 6, 2015 unless Appellants' brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                           For the Court:
                           Catherine O'Hagan Wolfe,
                           Clerk of Court

